IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| KELLY LAWRENCE, | * |
| Plaintiff, | * |
| v. | Case No. 5:23-cv-431-MTT |
| | * |
| ADVANCE BUREAU OF COLLECTION, LLC, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 6, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 6th day of March, 2024.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk